[No. 69954-7-I.   Division One.   March 31, 2014.]

ADC Venture 2011-2, LLC, *Respondent*, v. MTB
Enterprises, Inc., et al., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 11-2-02999-7, George F.B. Appel and
Thomas J. Wynne, JJ., entered January 29 and February 28,
2013. *Affirmed* by unpublished opinion per Cox, J., con-
curred in by Grosse and Dwyer, JJ.

[No. 70064-2-I.   Division One.   March 31, 2014.]

The McNaughton Group, LLC, *Respondent*, v. Han Zin Park
et al., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 06-2-11471-8, Richard T. Okrent, J.,
entered February 21, 2013. *Affirmed* by unpublished opin-
ion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 70469-9-I.   Division One.   March 31, 2014.]

APL Limited et al., *Appellants*, v. The Department of
Revenue, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 06-2-00198-0, Wm. Thomas McPhee, J.,
entered January 6, 2012. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Grosse and Schindler, JJ.

[No. 70590-3-I.   Division One.   March 31, 2014.]

*In the Matter of the Marriage of* Solomon Mekuria,
*Appellant*, and Aster Menfesu, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 09-3-05584-3, Regina S. Cahan, J., entered May
31, 2013. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Cox and Schindler, JJ.